IN THE SUPREME COURT OF OHIO

PLAINTIFF:

JOSEPH EMERSON

P.O. BOX 13

TOLEDO, OHIO 43697

23-0262

V

DEFENDANTS:

1) AUTO WAREHOUSING COMPANY
2) GRANT GILBERT
3) E & K CONTRACTORS/BOB EWING
4) BLACK AND WHITE CAB/GREG WEBB
5) TV-13 TOLEDO /CHRIS FEDELE
6) TV-11/BRIAN LORENZEN
7) ST. CHARLES HOSPITAL
8) BAY PARK HOSPITAL
9) LARRY HUTTON
10) LORI LOUGHLIN, OLIVIA JADE GIANNULLI, ISABELLA GIANNULLI
11) TOLEDO FBI
12) PREMIER BANK AND MANAGER
13) CHRYSLER HEADQUARTERS

NATURE OF PROCEEDING:WRIT OF MANDAMUS AND PROHIBITION

WRIT OF MANDAMUS AND PROHIBITION

RESPONDENTS:

1) AUTO WAREHOUSING COMPANY,4405 CHRYSLER DRIVE #25, TOLEDO, OHIO 43608
2) TOLEDO FBI, 420 MADISON #800, TOLEDO, OHIOP43604
3) LORI LOUGHLIN, OLIVIA JADEGIANNULLI, ISABELLA ROSE GIANNULLI, 81307 AMUNDSEN AVENUE, LAQUINTA, CALIFORNIA92253
4) PREMIER BANK AND MANAGER, 3426 NAVARRE AVENUE, OREGON, OHIO 43616
5) CHRYSLER HEADQUARTERS/MANAGER, 1000 CHRYSLER DRIVE, AUBURN HILLS, MICH 48326
6) GRANT GILBERT/TOLEDO HOMEFINDERS LLC, P.O. BOX 8000, TOLEDO, OHIO 43605



RECEIVED FEB 22 2023 CLERK OF COURT SUPREME COURT OF OHIO



FILED FEB 22 2023 CLERK OF COURT SUPREME COURT OF OHIO

7) E&K CONTRACTORS/BOB EWING, 4030 FITCH ROAD, TOLEDO, OHIO 43613

8) TV 13 TOLEDO/ CHERIS FEDELE, 4247 DOOR STREET, TOLEDO, OHIO 43607

9) BLACK AND WHITE CAB /GREG WEBB, 4665 BANCROFT STREET, TOLEDO, OHIO 43615

10) TV 11 TOLEDO/ BRIAN LORENZEN, 730 NORTH SUMMIT STREET, TOLEDO, OHIO 43604

11) BAY PARK HOSPITAL/MANAGER IN CHARGE, 2801 BAY PARK DRIVE, OREGON, OHIO 43616

12) ST. CHARLES HOSPITAL, 2600 NAVARRE AVENUE, OREGON, OHIO 43616

BACKGROUND:

ALL THESE LAWSUITS ORIGINALLY SEPARATE COINCIDE . EACH WERE RIGGED DISMISSED, ENCLOSED IS ONE GOING TO COURT OF APPEALS, LOCAL 421. THE JUDGE IS SUPRESSING EVIDENCE IN HER COURT MY CASE AS I AM TOLD ARE A LIAR EVER WORKED ON BP REFINERY PROPERTIES. E7K CONTRACTORS DID CITY JOBS. AS ONE PALM GREASES ANOTHER, THEY TOLD TOLEDO POLICE MY JOBS. THEN POLICE AND CITY WORKERS STALKED ME. THIS WAS A GAMME I WORK FOR CITY OF TOLEDO A PENSION JOB 10 YEARS AND GETTING PENSIONS LOCAL 421 AND CITY OF MONROE. YOU SEE THE OUTCOME 421 A PENSION RIGGED. OLIVIA JADE GIANNULLI WAS THIS GAME. OLIVIA AND ISABELLA WERE TO STAY IN DWELLING I LIVED AS GRANT DID TWO BEDROOMS. I CAN TALK TO BILL BURR OR ASHLEY JUDD AS YOU SEE, BUT NO OTHERS FBI RIGS FACEBOOK OR THEIR EMAILS. DID GRANT HIT ON THEM SEX, I DO NOT KNOW. I ASKED BARBARA EDEN TODAY TO POSSIBLY ALLOW HER TO STAY WITH HER, OR BY HER. OREGON POLICE AND FBI TRY TO PLAY RIGGED APARTMENTS AND SEX ISABELLA. THEN RECENT SEX FEMALES A LAWSUIT CRAIGSLIST. PERMISSION HAS TO BE GRANTED IN WRITING THEN SHOWN A JUDGE ANY MOVEMENT ANY PARTIES. STALKING GAMES SEX PREYED LAW AGENCIES WILL NEVER OCCUR WITH ME. STALKING ME ON E& K JOB ALSO WAS BLACK AND WHITE CAB AND TV 13. ASHLEY BORNANCIN DROVE THEIR CAR, SHE QUIT AND NO LONGER AN EMPLOYEE. WHO WAS WITH MCKENZIE KEUHNLIEN WAS HEATHER POLLAUF. SHE QUIT AS BOTH WERE AT A FIRE VEHICLES AUTO WAREHOUSE PROPERTY. THIS LOT I WAS TOLD NO LONGER HAS AWC. THEY DESTROYED THE RECORDS AND I SENT SOME COPIES TO COURT OF APPEALS. I HAVETWO BIG BAGS ALSO SCANNED WAITING EMAIL TO SEND. MY KNEE WAS A GAME A TENNANT UNDER LARRY HUTTON. FBI IS A GAME EVICTING PRESENT TENNANTS A CASE RIGGED DISMISSED WITH PREJUDICE. LARRY KNEW JAMES PETAS WHO HEAD OF ESCROW SOLD HIM HOT DOG BUSINESS. LARRY WAS CONVICTED COURT GAMBLING IN HIS BARS. I DO NOT WANT HIS TERMITE INFESTED GARBAGE NEEDING CONDEMNED. IT NEEDS GUTTED AND NEW ROOF AS IS. GRANT REFUSED TO DO REPAIRS OR BED BUG TREATMENTS. FBI AND CITY OF TOLEDO TOOK CARE OF HIM. EACH TIME I FILED A CASE 2001 MY INCOME DWINDLED BLACKBALLED JOBS. I WAS TWO MONTHS NO INCOME AND RECEIVED ZERO FOOD STAMPS DENIED. I DUG IN ST. PAULS DUMPSTER THROWN OUT FOOD DAYS OTHER THAN FRIDAYS THEIR FOOD KITCHEN.

LAW AND ARGUMENT:

I HAVE A CIVIL RIGHT UNBLOCKED COMMUNICATION ANYONE ANYWHERE. THIS IS A VIOLATION RIGHT TO PRIVACY. SEX ANYONE HAS A RIGHT TO ANY PERSON, ANY DAY THEY CHOOSE. THE FBI VIOLATED THIS CIVIL RIGHT FOR INTERSTATE TRAFFICKING SEX. I HAVE A RIGHT PRIVACY ACT FEDERAL 1974 WHO AT WORK AS WELL AS PRIVACY WHERE GOING. TV 13, TOLEDO POLICE, BLACK AND WHITE CAB AND

CITY OF TOLEDO VIOLATED THOSE RIGHTS. A HOSPITAL DOES THE LEAST OF A SURGERY AND COULD HAVE BOTH DID MICRO SURGERY. INSTEAD BAY PARK ALLOWED INFECTION TO CONTINUE AND ST. VINCENTS CUT MY KNEE IN HALF SO DOWN TIME MONTHS NO INCOME. THE KICKER IS DENIED INCOME AND NO FOOD STAMPS. I HIRED ATTORNEY ROBERT STRAUSS WHO CAIFORNIA WAS A FEDERAL ATTORNEY. HE TOOK A PAYOFF AND NEVER REQUESTED MEDICAL RECORDS. ENCLOSED IS RICK WERSHE I GOT OUT OF PRISON DOCUMENTS FBI STILL INTO DRUG TRAFFICKINGS ATTORNEY BOUGHT GIVEN A JOB BY GOVERNOR WHITMER. HE WAS SUING 2001 100 MILLION A CHILD 14 USED TO INFILTER A BLACK COCAINE RING, THEN FRAMED GOING ON HIS OWN WITH A FRIEND. CRAIGSLIST FEMALES ARE PLACED INTERSTATE THERES TWO CHICAGO. ONE LIVES IN FLORIDA, CAN MOVE COCAINE FLORIDA TO CHICAGO AND SEX ANY CELEBRITY A HUB FLIES THERE. OBSTRUCTION OF JUSTICE IS COURT OF APPEALS ALLOWING FBI AND POLICE TO TRY TO SEX TRAFFIC ISABELLA GIANNULLI CALLING TWO MONTHS A ALLEGED 30 DAY SPEEDY TRIAL.

JOSEPH EMERSON                                    02/16/2023

*[signature]*